IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01645-ZLW-MJW

BROADBAND FACILITY PARTNERS, LLC,

Plaintiff(s),

v.

TEN X CAPITAL PARTNERS III, LLC, SERIES D, d/b/a CHICAGO FIBER SYSTEMS,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that the Joint Motion to Reschedule Scheduling/Planning Conference, DN 9, filed with the court on September 14, 2007, is GRANTED. The Scheduling Conference set on October 22, 2007, at 9:00 a.m., is VACATED and RESET on October 30, 2007, at 9:30 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The proposed scheduling order shall be submitted to the court on or before October 24, 2007.

Date: September 18, 2007