IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-01645-ZLW-MJW

BROADBAND FACILITY PARTNERS, LLC,
a Colorado limited liability company,,

    Plaintiff,

vs.

TEN X CAPITAL PARTNERS III, LLC, SERIES D,
a Delaware series limited liability company, d/b/a
CHICAGO FIBER SYSTEMS,

    Defendants.

## ORDER OF DISMISSAL

This matter was before the Court on November 28, 2007, for oral argument on Defendant's Motion To Dismiss. The Court heard the arguments and statements of counsel, and made oral conclusions of law which are incorporated herein by reference as if fully set forth. Accordingly, it is

ORDERED that Defendant's Motion To Dismiss (Doc. No. 11) is granted. It is

FURTHER ORDERED that the Complaint and cause of action are dismissed without prejudice. Plaintiff may re-file the action in an appropriate jurisdiction.

DATED at Denver, Colorado, this   28   day of November, 2007.

                          BY THE COURT:

                          _____
                          ZITA L. WEINSHIENK, Senior Judge
                          United States District Court